# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-00184-01-CR-W-DGK |
| | ) | |
| SHANE R. HOCKING, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Pending before the Court are Defendant's Motion to Suppress (Doc. 12), the Government's response (Doc. 14), and United States Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 21). The Court has also reviewed the transcript from the suppression hearing (Doc. 19).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, the Court hereby ORDERS that Magistrate Judge Maughmer's Report and Recommendation be ADOPTED. Defendant's Motion to Suppress Evidence (Doc. 12) is hereby DENIED.

**IT IS SO ORDERED**

Date: March 21, 2011          /s/ Greg Kays
                              GREG KAYS, JUDGE
                              UNITED STATES DISTRICT COURT